JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 13-00540-CJC(RNBx) | Date | August 12, 2014 |
|---|---|---|---|
| Title | Sven Etzelsberger v. Fisker Automotive, Inc. | | |

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|

| Michelle Urie | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** [IN CHAMBERS] ORDER INACTIVATING CASE AND DIRECTING PLAINTIFF TO FILE STATUS REPORTS

The Court has been advised that prosecution of this action as to the Defendant has been stayed by the filing of a bankruptcy petition. The Court inactivates this case statistically and the parties shall submit a proposed order to restore this case to the Court's active case load when appropriate.

In order to permit the Court to monitor this action, the Court hereby orders Plaintiff to file status reports with the court indicating what steps have been taken to obtain relief from the stay or to prosecute the stayed claims in the bankruptcy proceeding. The first such report shall be filed no later than October 12, 2014, and each successive report shall be filed within sixty (60) days of the filing of the preceding report. Each report shall indicate the date on which the next report is due.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | mu | |